

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00393-CV

| | | |
|---|---|---|
| BRENT MEYERHOFF AND RHONDA BARR, Appellants | § | On Appeal from the 342nd District Court |
| | § | of Tarrant County (342-298779-18) |
| V. | | |
| | § | October 10, 2019 |
| PACIFIC UNION FINANCIAL, LLC, Appellee | § | Opinion by Justice Bassel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was some error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed as to Brent Meyerhoff, but having determined that the trial court's judgment as to Rhonda Barr is void, we vacate judgment as to her and dismiss her appeal.

It is further ordered that Appellant Brent Meyerhoff shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Dabney Bassel
　　　Justice Dabney Bassel